UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#31/32/33
Js-6(lc)

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7706 PSG (JCGx) | Date | March 18, 2013 |
|---|---|---|---|
| Title | Arabo Sarkesyan v. Resurgent Capital Services, LP, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present                                          Not Present

**Proceedings:** **(In Chambers) Order GRANTING Motion for Judgment on the Pleadings**

On January 25, 2013, Defendant Midland Funding, LLC filed a motion for judgment on the pleadings, which is set for hearing on March 25, 2013. Dkt. # 31. Defendants Bank of America and Portfolio Recovery Associates, LLC filed motions for joinder in the motion for judgment on the pleadings on January 31, 2013, and February 13, 2013, respectively. *See* Dkts. # 32, 33. Pursuant to Local Rule 7-9, Plaintiff was required to oppose the motion by March 4, 2013. Plaintiff did not file an opposition, timely or otherwise. Thus, pursuant to Local Rule 7-12, the Court deems the failure to a file timely opposition to be consent to the granting of Midland Funding, LLC's motion. *See* L.R. 7-12. Based on the above, the motion for judgment on the pleadings is GRANTED.

**IT IS SO ORDERED.**